EMMA VOGEL et al., Respondents, v. SAMUEL BERNSTEIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

ARNOLD ABRAVANEL, an Infant, by JACK D. ABRAYANEL, His Guardian ad Litem, et al., Respondents, v. OHRBACH'S INC., Appellant.— In an action by the infant plaintiff to recover damages for injuries sustained while riding on an escalator in defendant's store, and by his father for loss of services and for expenses, the jury awarded the infant plaintiff $30,000 and the father $3,000. Defendant appeals from the judgment and from an order denying its motion to set aside the verdict. Judgment and order affirmed, with costs. No opinion. Hagarty, Acting P. J., Adel and Aldrich, JJ., concur; Johnston, J., dissents and votes to reverse the judgment and order and to grant a new trial on the ground that the verdict is against the weight of the evidence; Carswell, J., not voting.

AMELIA BILDZUKEWICZ, Appellant-Respondent, v. WITOLD BILDZUKEWICZ, Respondent-Appellant.— Cross appeals by the plaintiff and defendant from a judgment entered pursuant to a stipulation, after a hearing which had been directed to be held to determine the exact terms of the stipulation of settlement, and to enter a judgment accordingly. Judgment, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Johnston and Aldrich, JJ.; Carswell, J., not voting.

FREDERICK W. BOELSEN, Respondent, v. RUTH L. BOELSEN, Appellant. (Appeal No. 1.) In an action for a divorce, order denying motion by defendant to take the depositions of certain alleged witnesses upon oral questions in Florida, at the expense of the plaintiff, affirmed, without costs. No opinion. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur.

FREDERICK W. BOELSEN, Respondent, v. RUTH L. BOELSEN, Appellant. (Appeal No. 2.) In an action for divorce, defendant wife appeals from an order granting and fixing a counsel fee upon her motion, the ground of the appeal being that the counsel fee awarded is inadequate and fails to include an amount for expenses. Order affirmed, without costs. No opinion. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur.

ANGELINA BOSCIA, Respondent, v. CARMELO BOSCIA, Appellant.— In an action to annul a marriage, order directing the defendant to submit to a physical examination affirmed, with ten dollars costs and disbursements, the examination to proceed upon five days' notice. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.